B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **American Managed Care, LLC**                         Case No.  _____

                                    Debtor(s)       Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | American Express<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 61,882.43 |
| C3 Customer Contact Channels<br>c/o Registered Agent<br>NRAI SERVICES, INC.<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324 | C3 Customer Contact Channels<br>c/o Registered Agent<br>NRAI SERVICES, INC.<br>Fort Lauderdale, FL 33324 | | | 120,311.43 |
| CDW Direct, LLC<br>c/o Registered Agent<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | CDW Direct, LLC<br>c/o Registered Agent<br>Corporation Service Company<br>Tallahassee, FL 32301-2525 | | | 132,175.17 |
| Colodny, Fass, Talenfeld,<br>c/o Registered Agent<br>Joel Fass<br>100 SE 3rd Ave., 23rd Floor<br>Fort Lauderdale, FL 33394 | Colodny, Fass, Talenfeld,<br>c/o Registered Agent<br>Joel Fass<br>Fort Lauderdale, FL 33394 | | | 49,547.69 |
| Column Technologies, Inc.<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Column Technologies, Inc.<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 29,104.20 |
| DataClarity Corporation<br>c/o Registered Agent<br>Russell A. Pennington<br>3961 Andershot<br>Milton, FL 32571 | DataClarity Corporation<br>c/o Registered Agent<br>Russell A. Pennington<br>Milton, FL 32571 | | | 62,547.90 |

B4 (Official Form 4) (12/07) - Cont.
In re   American Managed Care, LLC                                 Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dell Financial Services<br>c/o Registered Agent<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | Dell Financial Services<br>c/o Registered Agent<br>Corporation Service Company<br>Tallahassee, FL 32301 | | | 126,308.50 |
| Devlin Consulting, Inc.<br>5505 W. Chandler Blvd.<br>Suite 20<br>Chandler, AZ 85226 | Devlin Consulting, Inc.<br>5505 W. Chandler Blvd.<br>Suite 20<br>Chandler, AZ 85226 | | | 49,362.93 |
| Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214 | Emdeon<br>3055 Lebanon Pike<br>Nashville, TN 37214 | | | 406,398.47 |
| Five9, Inc.<br>4000 Executive Parkway<br>Suite 400<br>San Ramon, CA 94583 | Five9, Inc.<br>4000 Executive Parkway<br>Suite 400<br>San Ramon, CA 94583 | | | 88,990.64 |
| GE Capital<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324 | GE Capital<br>c/o Registered Agent<br>CT Corporation System<br>Fort Lauderdale, FL 33324 | | | 115,202.88 |
| Health Data Vision, Inc.<br>1405 N. San Fernando Blvd.<br>Suite 302<br>Burbank, CA 91504 | Health Data Vision, Inc.<br>1405 N. San Fernando Blvd.<br>Suite 302<br>Burbank, CA 91504 | | | 131,125.00 |
| IEX Corporation<br>461 From Road<br>Paramus, NJ 07652 | IEX Corporation<br>461 From Road<br>Paramus, NJ 07652 | | | 45,261.00 |
| Microsoft Licensing, GP<br>6100 Neil Road Ste. 100<br>Reno, NV 89511 | Microsoft Licensing, GP<br>6100 Neil Road Ste. 100<br>Reno, NV 89511 | | | 46,958.06 |
| Pitney Bowes<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Pitney Bowes<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 24,503.46 |
| Receivable Management Servic<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Receivable Management Servic<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 294,000.00 |
| Social Service Coordinators<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Social Service Coordinators<br>c/o Registered Agent<br>CT Corporation System<br>Plantation, FL 33324 | | | 60,287.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   American Managed Care, LLC                              Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Myers Group c/o Registered Agent Charles Johnson 1571 Grove Ave. Fort Myers, FL 33901 | The Myers Group c/o Registered Agent Charles Johnson Fort Myers, FL 33901 | | | 61,893.00 |
| tw telecom c/o Registered Agent CT Corporation System 1200 South Pine Island Road Plantation, FL 33324 | tw telecom c/o Registered Agent CT Corporation System Plantation, FL 33324 | | | 62,328.03 |
| VerifPoint Credentialing Sol 23721 Birtcher Dr. Lake Forest, CA 92630 | VerifPoint Credentialing Sol 23721 Birtcher Dr. Lake Forest, CA 92630 | | | 96,454.53 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee of Universal Health Care Group, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  05/04/13                          Signature  _____

                                        Soneet R. Kapila
                                        Chapter 11 Trustee of Universal Health Care Group, Inc.

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.