**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

AMERICAN MANAGED CARE, LLC,        Case No. 8:13-bk-05952-KRM
                                                      Chapter 11

      Debtor.
_____/

**TRUSTEE'S MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Soneet R. Kapila, the duly appointed Chapter 11 Trustee for the estate of Universal Health Care Group, Inc. (the "Trustee"), hereby files his Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) (the "Motion"). In support of his Motion, the Trustee states as follows:

**I.    Jurisdiction and Venue**

1.    This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory predicate for the relief requested herein is Federal Rule of Bankruptcy Procedure 1015(b).

**II.    Background**

4.    Universal Health Care Group, Inc. ("Universal Group") filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on February 6, 2013 (Case No. 8:13-bk-01520-KRM).

5.    The Trustee was appointed by Order of the Bankruptcy Court dated April 22, 2013 (Doc. No. 238).

6. Universal Group is a Delaware corporation headquartered in St. Petersburg Florida. Universal Group is a holding company formed in 2006 to provide health insurance and managed care products through wholly-owned operating subsidiaries: (i) Universal Health Care, Inc. ("UHC"); (ii) Universal Health Care Insurance Company, Inc. ("UHCIC"); (iii) Universal HMO of Texas, Inc. ("UHMOT"); (iv) Universal Health Care of Nevada ("UHCNV"); (v) American Managed Care, LLC ("AMC"); and (vi) Universal Health Care of Georgia, Inc. ("UHCGA") (collectively, the "Subsidiaries").

7. AMC is a limited liability company and serves as a third-party management company for the Subsidiaries owned and operated by Universal Group.

8. Soneet R. Kapila, in his capacity as the Chapter 11 Trustee for Universal Group, filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code for AMC on May 3, 2013.

### III. Relief Requested and Grounds for Relief

9. By this Motion, the Trustee respectfully requests the entry of an order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) directing for procedural purposes only the joint administration of the Universal Group and AMC (collectively, the "Debtors") cases.

10. Federal Rule of Bankruptcy Procedure 1015(b) provides, in pertinent part:

> (b) **Cases involving two or more related debtors**. If a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates.

11. The Trustee requests that all pleadings in both cases bear the following joint administration caption:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| UNIVERSAL HEALTH CARE GROUP, INC. | Case No. 8:13-bk-01520-KRM |
| and AMERICAN MANAGED CARE, LLC, | Case No. 8:13-bk-05952-KRM |
| | Chapter 11 |
| Debtors. / | (Jointly Administered) |

The Trustee further requests that Universal Group's case be the "lead" case, and that all pleadings in the Universal Group and AMC cases be filed and maintained under Universal Group's case number, 8:13-bk-01520-KRM.

12. The Trustee submits that unnecessary and expensive duplication can be avoided by jointly administering the two cases pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for the following reasons:

   a. Joint administration will avoid the unnecessary and expensive duplication of effort caused by preparing, filing and serving the same pleadings with different captions, thereby saving the estate considerable expense.

   b. By jointly administering the cases, creditors will receive notice of all proceedings involving the Debtors, insuring that they are fully informed of all matters potentially affecting their claims. Joint administration will also simplify the Trustee's supervision of all aspects of these cases.

c. Joint administration will alleviate the unnecessary burden on this Court and the Clerk's Office to maintain separate dockets for each debtor.

13. The Debtors' respective creditors will not be adversely affected by the joint administration of these cases. In fact, the rights of all creditors will be enhanced by the reduced costs that will result from the joint administration of these cases.

14. The Trustee does not believe that any of the relief requested herein would create a conflict of interest between creditors of the two estates. Therefore, this Court may order a joint administration of the estates.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order: (i) granting the instant Motion; (ii) directing for procedural purposes only the joint administration of the Universal Group and AMC cases; and (iii) providing such other and further relief as the Court deems appropriate.

Dated: May 21, 2013.

/s/ Roberta A. Colton
ROBERTA A. COLTON
Florida Bar No. 0371289
rcolton@trenam.com
TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL & MULLIS, PA
2700 Bank of America Plaza
Tampa, Florida 33602
Post Office Box 1102
Tampa, Florida 33601-1102
Telephone: (813) 223-7474
*Attorneys for the Universal Group Trustee*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 21, 2013, a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)** was forwarded by U.S. Mail and/or through the Court's CM/ECF Noticing System/e-mail to: **American Managed Care, LLC**, 100 Central Ave., Suite 200, Saint Petersburg, FL 33701; **Trustee Soneet R. Kapila**, Kapila & Company, 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316; **United States Trustee – TPA**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; **Florida Department of Financial Services**, Messana, P.A., Thomas M. Messana, 401 E. Las Olas Blvd., Suite 1400, Fort Lauderdale, FL 33301 (tmessana@messana-law.com); Jody Collins, **Florida Department of Financial Services**, 8240 N.W. 52nd Terrace, Suite 102, Doral, FL 33166 (jody.collins@myfloridacfo.com); Stuart Phillips, **Texas Department of Insurance** (stuart.phillips@tdi.texas.gov); **Frank P. Terzo**, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131; all registered **CM/ECF recipients**; and the **20 largest unsecured creditors** (attached).

                                                    /s/ Roberta A. Colton
                                                    Attorney