B6F (Official Form 6F) (12/07)

In re  **American Managed Care, LLC**                                      Case No. _____
                                                    ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ACCU-SHRED**<br>**5500 E GIDDENS AVENUE**<br>**Tampa, FL 33610** | - | | | | | | | | 3,796.36 |
| Account No.<br><br>**ALERT SOLUTIONS, INC.**<br>**201 Hillside Road Suite 102**<br>**Cranston, RI** | - | | | | | | | | 327.45 |
| Account No.<br><br>**ALICARE MEDICAL MANAGEMENT**<br>**ATTN: ACCOUNTS RECEIVABLES**<br>**PO BOX 5430**<br>**WHITE PLAINS, NY 10602-5430** | - | | | | | | | X | 10,943.00 |
| Account No.<br><br>**ALLIANCE FOR AGING, INC**<br>**760 NW 107 Ave, Suite 214**<br>**Miami, FL 33172** | - | | | | | | | | 379.40 |
| **28**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 15,446.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re   __American Managed Care, LLC_____,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| American Express c/o Registered Agent CT Corporation System 1200 South Pine Island Road Plantation, FL 33324 | - | | | | | | 61,882.43 |
| Account No. | | | | | | | |
| AT&T 7872 COLECTION CENTER DRIVE CHICAGO, IL 60693 | | | | | | | 7,099.57 |
| Account No. | | | | | | | |
| AVAILITY, LLC P.O. BOX 116265 ATLANTA, GA 30368-6265 | - | | | | | X | 15,072.42 |
| Account No. | | | | | | | |
| BACTES 8344 CLAIREMONT MESA BLVD SUITE 201 SAN DIEGO, CA 92111 | - | | | | | | 63.00 |
| Account No. | | | | | | | |
| BALLARD PARTNERS 403 EAST PARK AVE TALLAHASSEE, FL 32301 | - | | | | | X | 10,000.00 |

Sheet no. __1__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    94,117.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only | | | | |
| **BankUnited c/o Frank P. Terzo 1221 Brickell Avenue Suite 1600 Miami, FL 33131** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **BAY JANITORIAL SERVICE 2595 TAMPA ROAD SUITE Q PALM HARBOR, FL 34684** | - | | | | | X | **2,044.62** |
| Account No. | | | | | | | |
| **BEAT BABEL 964 5TH AVE STE 514 SAN DIEGO, CA 92101** | - | | | | | X | **1,349.56** |
| Account No. | | | | | | | |
| **BENETRAC P O BOX 100906 PASADENA, CA 91189-0906** | - | | | | | | **1,307.50** |
| Account No. | | | | | | | |
| **BISCOM 321 BILLERICA ROAD CHELMSFORD, MA 01824** | - | | | | | X | **5,337.98** |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,039.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **BLI MESSAGING** P O BOX 20160 CRANSTON, RI 02920 | - | | | | | | | 546.60 |
| Account No. **BMW FINANCIAL SERVICES** P O BOX 9001065 LOUISVILLE, KY 40290-1065 | - | | | | | | | 6,981.15 |
| Account No. **BRAILLE WORKS INTERNATIONAL INC** 941 DARBY LAKE STREET SEFFNER, FL 33584 | - | | | | | | | 8,241.56 |
| Account No. **BRIGHTHOUSE NETWORKS** P.O.BOX 30765 TAMPA, FL 33630-3765 | - | | | | | | | 119.10 |
| Account No. **Bryan Frankel** c/o Ryan D. Barack Kwall, Showers & Barack, PA 133 N Fort Harrison Ave Clearwater, FL 33755 | - | | | Frankel, et al v. American Managed Care, LLC, Case No. 8:2013-cv-00799 | | | X | Unknown |

| | |
|---|---|
| Sheet no. __3__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    15,888.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re    American Managed Care, LLC                                              Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bryan Frankel <br> c/o Michelle E. Nadeau <br> Kwall, Showers & Barack, PA <br> 133 N Fort Harrison Ave <br> Clearwater, FL 33755 | - | | Frankel, et al v. American Managed Care, LLC, Case No. 8:2013-cv-00799 | | | | X | Unknown |
| Account No. <br><br> C3 CUSTOMER CONTACT CHANNELS <br> 1200 S PINE ISLAND ROAD <br> SUITE 200 <br> PLANTATION, FL 33324 | - | | | | | | X | 120,311.43 |
| Account No. <br><br> CAMERON COMPANY, INC. <br> 3150 23RD AVENUE NORTH <br> ST. PETE, FL 33713 | - | | | | | | | 274.54 |
| Account No. <br><br> CDW Direct, LLC <br> c/o Registered Agent <br> Corporation Service Company <br> 1201 Hays Street <br> Tallahassee, FL 32301-2525 | - | | | | | | | 132,175.17 |
| Account No. <br><br> CENSEO HEALTH <br> 4055 Valley View Lane <br> Suite 400 <br> Dallas, TX 75244 | - | | | | | | | 2,332.04 |

Sheet no. __4__ of __28__ sheets attached to Schedule of                    Subtotal          255,093.18
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Central Parking Systems** <br> **P O BOX 790402** <br> **Saint Louis, MO 63179-0402** | - | | | | | | **Unknown** |
| Account No. <br><br> **COBIA CONSULTING** <br> **235 APOLLO BEACH BLVD** <br> **#223** <br> **APOLLO BEACH, FL 33572-2251** | - | | | | | | **5,150.00** |
| Account No. <br><br> **Colodny, Fass, Talenfeld,** <br> **c/o Registered Agent** <br> **Joel Fass** <br> **100 SE 3rd Ave., 23rd Floor** <br> **Fort Lauderdale, FL 33394** | - | | | | | X | **49,547.69** |
| Account No. <br><br> **Column Technologies, Inc.** <br> **c/o Registered Agent** <br> **CT Corporation System** <br> **1200 South Pine Island Road** <br> **Plantation, FL 33324** | - | | | | | | **29,104.20** |
| Account No. <br><br> **COMCAST** <br> **PO BOX 105184** <br> **ATLANTA, GA 30348-5184** | - | | | | | | **180.73** |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **83,982.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**COMMERCIAL DESIGN SERVICES** <br>**5805 BARRY ROAD** <br>**TAMPA, FL 33634** | - | | | | | X | 4,428.16 |
| Account No. <br><br>**CONEX RECYCLING** <br>**P O BOX 1165** <br>**CUMMING, GA 30028-1165** | - | | | | | | 140.00 |
| Account No. <br><br>**Convey Compliance Systems** <br>**9800 Bren Rd E** <br>**Minnetonka, MN 55343** | - | | | | | | Unknown |
| Account No. <br><br>**COPY SOLUTIONS** <br>**PO BOX 938** <br>**PALM HARBOR, FL 34682-0968** | - | | | | | | 52.43 |
| Account No. <br><br>**COUNCIL FOR AFFORDABLE** <br>**QUALITY HEALTHCARE, INC.** <br>**P.O. BOX 759192** <br>**BALTIMORE, MD 21275-9192** | - | | | | | X | 20,944.50 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,565.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    ,    Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CP SPRING HILL CENTRE, LLC** 2511 SEVEN SPRINGS BLVD TRINITY, FL 34655 | - | | | | | X | 2,449.46 |
| Account No. **CQ FLUENCY** 2 UNIVERSITY PLAZA SUITE 406 HACKENSACK, NJ 07601 | - | | | | | X | 17,042.57 |
| Account No. **CWYNAR, T MARK, MD** 7331 EAST OSBORN DRIVE SUITE 300 SCOTTSDALE, AZ 85251-6422 | - | | | | | | 150.00 |
| Account No. **DANIEL BENDETOWICZ, MD, PA** 15750 NEW HAMPSHIRE COURT SUITE D FORT MYERS, FL 33908 | - | | | | | | 22.00 |
| Account No. **DataClarity Corporation** c/o Registered Agent Russell A. Pennington 3961 Andershot Milton, FL 32571 | - | | | | | X | 62,547.90 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,211.93

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DBH AIR CORPORATION** **2607 GRAND LAKESIDE DRIVE** **PALM HARBOR, FL 34684** | - | | | | | | 225.00 |
| Account No. **Dell Financial Services** **c/o Registered Agent** **Corporation Service Company** **1201 Hays Street** **Tallahassee, FL 32301** | - | | | | | | 126,308.50 |
| Account No. **DELL MARKETING L P** **C/O DELL USA LP** **P O BOX 534118** **ATLANTA, GA 30353-4118** | - | | | | | | 904.15 |
| Account No. **Devlin Consulting, Inc.** **5505 W. Chandler Blvd.** **Suite 20** **Chandler, AZ 85226** | - | | | | | X | 49,362.93 |
| Account No. **ECHELON URBAN INVESTOR, LLC** **200 2ND STREET SOUTH, #253** **ST PETERSBURG, FL 33701** | - | | | | | X | 553.70 |

Sheet no. __8__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,354.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Managed Care, LLC**                                     ,        Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Elizabeth Lefkowitz v. American Managed Care, LLC, Case No. 8:13-cv-00812-VMC | | | | |
| Elizabeth Lefkowitz c/o Bernard R. Mazaheri Suite 400 600 N Pine Island Rd Plantation, FL 33324 | - | | | | | | X | **Unknown** |
| Account No. | | | | Elizabeth Lefkowitz v. American Managed Care, LLC, Case No. 8:13-cv-00812-VMC | | | | |
| Elizabeth Lefkowitz c/o C. Ryan Morgan Suite 1600 20 N Orange Ave Orlando, FL 32801 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Emdeon 3055 Lebanon Pike Nashville, TN 37214 | - | | | | | | X | **406,398.47** |
| Account No. | | | | | | | | |
| EXELL PO BOX 5393 JACKSON, MS 39296-5393 | - | | | | | | | **89.60** |
| Account No. | | | | | | | | |
| FEDERATION OF CHIROPRACTIC LICENSING BOARDS 5401 W. 10TH STREET SUITE 101 GREELEY, CO 80634 | - | | | | | | | **52.00** |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **406,540.07**

B6F (Official Form 6F) (12/07) - Cont.

In re     **American Managed Care, LLC**                                                      , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FEDEX AMALGAMATED FINANCIAL GROUP 105 WHITE OAK LANE OLD BRIDGE, NJ 08857** | - | | | | | X | 1,191.71 |
| Account No. | | | | | | | |
| **FIFTH THIRD BANK PO BOX 630781 CINCINNATI, OH 45263-0781** | - | | | | | | 5,623.80 |
| Account No. | | | | | | | |
| **Five9, Inc. 4000 Executive Parkway Suite 400 San Ramon, CA 94583** | - | | | | | X | 88,990.64 |
| Account No. | | | | | | | |
| **FL Dept. of Financial Servic Thomas M. Messana Post Office Box 2485 Suite 1400 Fort Lauderdale, FL 33303-2485** | - | | Florida Department of Financial Services as Receiver for Universal Health Care, Inc. & Universal Health Care Insurance v. American Managed Care, LLC & Bank United, NA, Case No. 8:13-ap-00436-KRM | | | X | Unknown |
| Account No. | | | | | | | |
| **FL Dept. of Financial Servic Thomas M. Messana Post Office Box 2485 Suite 1400 Fort Lauderdale, FL 33303-2485** | - | | Florida Department of Financial Services as Receiver for Universal Health Care, Inc. & Universal Health Care Insurance Company, Inc., Case No. 8:13-ap-00392-KRM | | | X | Unknown |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          95,806.15

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FL Dept. of Financial Servic** Thomas M. Messana 401 E. Las Olas Blvd. Suite 1400 Fort Lauderdale, FL 33301 | - | | For notice purposes only | | | | Unknown |
| Account No. **FL Dept. of Financial Servic** 8240 N.W. 52nd Terrace Suite 102 Doral, FL 33166 | - | | For notice purposes only | | | | Unknown |
| Account No. **FORUM PUBLISHING GROUP** ATTN: M. COHEN 6501 NOB HILL ROAD TAMARAC, FL 33321 | - | | | | | | 297.50 |
| Account No. **FRONTIER LIGHTING, INC** 2090 PALMETTO STREET CLEARWATER, FL 33765 | - | | | | | | 28.23 |
| Account No. **FUSIONSTORM** P O BOX 31001-830 PASADENA, CA 91110-0830 | - | | | | | X | 4,250.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,575.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Managed Care, LLC**                                    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GATOR GUARDS INC P.O. BOX 10233 ST PETERSBURG, FL 33733 | - | | | | | | | 1,830.77 |
| Account No. | | | | | | | | |
| GE Capital c/o Registered Agent CT Corporation System 1200 South Pine Island Road Fort Lauderdale, FL 33324 | - | | | | | | X | 115,202.88 |
| Account No. | | | | | | | | |
| GEN. DYNAMICS INFORMATION TECH. P.O. BOX 402438 ATLANTA, GA 30384-2438 | - | | | | | | | 13,782.46 |
| Account No. | | | | | | | | |
| GENERAL INFORMATION SYSTEMS P O BOX 890502 CHARLOTTE, NC 28289-0502 | - | | | | | | X | 518.00 |
| Account No. | | | | | | | | |
| GOOGLE INC DEPT 34256 P O BOX 39000 SAN FRANCISCO, CA 94139 | - | | | | | | X | 556.88 |

Sheet no. __12__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    131,890.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Managed Care, LLC**                                        ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GREENBERGTRAURIG 2101 L STREET NW SUITE 1000 WASHINGTON, DC 20037** | - | | | | | X | 28,969.71 |
| Account No. | | | | | | | |
| **Health Data Vision, Inc. 1405 N. San Fernando Blvd. Suite 302 Burbank, CA 91504** | | | | | | X | 131,125.00 |
| Account No. | | | | | | | |
| **HEALTH MANAGEMENT SYSTEMS PO BOX 27151 NEW YORK, NY 10087** | - | | | | | X | 21,931.47 |
| Account No. | | | | | | | |
| **HEALTHCARE BUSINESS SOLUTIONS C/O GORMAN HEALTH GROUP 5335 WISCONSIN AVE NW, #340 WASHINGTON, DC 20015** | - | | | | | X | 4,500.00 |
| Account No. | | | | | | | |
| **HEALTHCAREDATA COMPANY LLC 600 BENT CREEK BLVD SUITE 160 MECHANICSBURG, PA 17050** | - | | | | | X | 16,500.00 |

Sheet no. __13__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **203,026.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                          Case No. _____
                                                                    ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **HEALTHPORT** P O BOX 409875 ATLANTA, GA 30384-9875 | - | | | | | | X | 1,228.41 |
| Account No. | | | | Frankel, et al v. American Managed Care, LLC, Case No. 8:2013-cv-00799 | | | | |
| Helen Pantuso c/o Michelle E. Nadeau Kwall, Showers & Barack, PA 133 N Fort Harrison Ave Clearwater, FL 33755 | - | | | | | | X | Unknown |
| Account No. | | | | Frankel, et al v. American Managed Care, LLC, Case No. 8:2013-cv-00799 | | | | |
| Helen Pantuso c/o Ryan D. Barack Kwall, Showers & Barack, PA 133 N Fort Harrison Ave Clearwater, FL 33755 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **HITACHI DATA SYSTEMS CREDIT CORPORATION** P.O. BOX 99257 CHICAGO, IL 60693 | - | | | | | | X | 7,646.22 |
| Account No. | | | | | | | | |
| **HUMAN ARC CORPORATION** 1457 E 40th St Cleveland, OH 44103 | - | | | | | | | 1,575.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,449.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                 ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IEX Corporation**<br>**461 From Road**<br>**Paramus, NJ 07652** | - | | | | | | 45,261.00 |
| Account No.<br><br>**INDUS BPO SERVICES PVT LTD**<br>**701 A JOLLY APART**<br>**SARASWATI RD**<br>**INDIA** | - | | | | | X | 62,450.00 |
| Account No.<br><br>**INFOCOPY SYSTEMS, INC.**<br>**8095 NW 98 Street**<br>**Hialeah Gardens, FL 33016** | - | | | | | | 197.18 |
| Account No.<br><br>**INFOCROSSING SERVICES WEST**<br>**BOX 415697**<br>**BOSTON, MA 02241-5697** | - | | | | | X | 125.85 |
| Account No.<br><br>**INTERDYN ARTIS**<br>**8100 TOWER POINT DRIVE**<br>**CHARLOTTE, NC 28227** | - | | | | | | 15,191.25 |

Sheet no. __15__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    123,225.28

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **American Managed Care, LLC**                                              ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | |
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | |
| Account No.<br><br>**INTERNAL MEDICINE ASSOCIATES OF GREENVILLE PA ATTN: MEDICAL RECORDS 1025 VERDAE BLVD SUITE A GREENVILLE, SC 29607** | - | | | | | | | 14.65 |
| Account No.<br><br>**IOD INCORPORATED P O BOX 19058 GREEN BAY, WI 54307** | | | | | | | | 2,838.82 |
| Account No.<br><br>**IRON MOUNTAIN P O BOX 27129 NEW YORK, NY 10087-7129** | - | | | | | | | 3,423.07 |
| Account No.<br><br>**Kevin De La Concha c/o William John Gadd 2727 Ulmerton Rd., Suite 250 Clearwater, FL 33762** | - | **Kevin De La Concha v. American Managed Care, LLC, Case No. 8:12-cv-1520-VMC** | | | | | X | Unknown |
| Account No.<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS P O BOX 12140 BURLINGTON, NC 27216** | - | | | | | | | 918.00 |

Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **7,194.54**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LANGUAGE LINE SOLUTIONS**<br>**PO BOX 202564**<br>**DALLAS, TX 75320-2564** | - | | | | | | 609.08 |
| Account No.<br><br>**LOCKTON COMPANIES, INC.**<br>**444 W 47 Street**<br>**Suite 900**<br>**Kansas City, MO 64112** | - | | | | | | 30,000.00 |
| Account No.<br><br>**MANISH SHROFF M D**<br>**1501 W 11th Place**<br>**#301**<br>**Big Spring, TX 79720** | - | | | | | | 75.00 |
| Account No.<br><br>**MARQUEZ, KATHALINA**<br>**7060 EVEREST STREET**<br>**SPRING HILL, FL 34606** | - | | | | | | 150.00 |
| Account No.<br><br>**MCKESSON HEALTH SOLUTIONS**<br>**22423 NETWORK PLACE**<br>**CHICAGO, IL 60673-1224** | - | | | | | X | 1,331.18 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    32,165.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    Case No. _____
_____,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **MED ADVANTAGE** 11301 Corporate Blvd Suite 300 Orlando, FL 32817 | - | | | | | | 1,060.00 |
| Account No. **MERRILL COMMUNICATIONS LLC** CM-9638 ST. PAUL, MN 55170 | - | | | | | X | 1,019.40 |
| Account No. **Microsoft Licensing, GP** 6100 Neil Road Ste. 100 Reno, NV 89511 | - | | | | | | 46,958.06 |
| Account No. **MULTIPLAN** P O BOX 731727 DALLAS, TX 75373-1727 | - | | | | | | 1,885.00 |
| Account No. **NAIC** 1100 Walnut Street Suite 1500 Kansas City, MO 64106-2197 | - | | | | | | Unknown |

Sheet no. _18_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,922.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                                    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **NexTalk** **10757 River Front Parkway** **Suite 290** **South Jordan, UT 84095** | | | | | | | | **Unknown** |
| Account No. | | - | | | | | X | |
| **O'NEIL DS LLC** **ATT: ACCOUNTS RECEIVABLE** **P O BOX 9148** **MARINADELREY, CA 90295** | | | | | | | | **59,624.26** |
| Account No. | | - | | | | | | |
| **PALM COAST INTERNAL MEDICINE** **21 HOSPITAL DRIVE** **PALM COAST, FL 32164** | | | | | | | | **19.00** |
| Account No. | | - | | | | | | |
| **PALM SPRINGS INTERNAL MEDICINE INC** **5053 S CONGRESS AVE** **SUITE 202** **LAKE WORTH, FL 33461** | | | | | | | | **43.75** |
| Account No. | | - | | | | | X | |
| **PARKWAY DEVELOP, INC** **385-B HIGHLAND COLONY PKY** **SUITE 404** **RIDGELAND, MS 39157** | | | | | | | | **25,711.60** |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **85,398.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC** _____,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PEREZ, VICTOR** <br> **5346 Treig Lane** <br> **Wesley Chapel, FL 33544** | - | | | | | | 500.00 |
| Account No. <br><br> **PHYSICIANS' CARE NETWORK** <br> **5024 NW 27TH COURT** <br> **STE A** <br> **GAINESVILLE, FL 32607** | - | | | | | | 905.00 |
| Account No. <br><br> **Pitney Bowes** <br> **c/o Registered Agent** <br> **CT Corporation System** <br> **1200 South Pine Island Road** <br> **Plantation, FL 33324** | - | | | | | | 24,503.46 |
| Account No. <br><br> **R2J CHEMICAL SERVICES INC** <br> **12345-D 62ND ST N** <br> **LARGO, FL 33773** | - | | | | | | 400.00 |
| Account No. <br><br> **Receivable Management Servic** <br> **c/o Registered Agent** <br> **CT Corporation System** <br> **1200 South Pine Island Road** <br> **Plantation, FL 33324** | - | | | | | X | 294,000.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 320,308.46 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Managed Care, LLC**             Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Sabrina De La Concha <br> c/o Christian Read Sawczyn <br> Sivyer, Barlow & Watson, PA <br> 401 E Jackson St, Suite 2225 <br> Tampa, FL 33602 | - | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | X | Unknown |
| Account No. <br><br> Sabrina De La Concha <br> c/o Roger J. Haughey, II <br> Sivyer, Barlow & Watson, PA <br> 401 E Jackson St.,Suite 2225 <br> Tampa, FL 33602 | - | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | X | Unknown |
| Account No. <br><br> Sabrina De La Concha <br> c/o Jack A. Raisner <br> Outten & Golden, LLP <br> 3 Park Avenue, 29th Floor <br> New York, NY 10016 | - | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | X | Unknown |
| Account No. <br><br> Sabrina De La Concha <br> c/o Rene S. Roupinian <br> Outten & Golden, LLP <br> 3 Park Avenue, 29th Floor <br> New York, NY 10016 | - | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | X | Unknown |
| Account No. <br><br> SCRIPTFLEET SOUTHEAST <br> P.O. BOX 2513 <br> ORLANDO, FL 32802 | - | | | | | | | 651.89 |

Sheet no. __21__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     651.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**        ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SECAP FINANCE** <br> **P.O. BOX 405371** <br> **ATLANTA, GA 30384-5371** | - | | | | | | 2,343.30 |
| Account No. <br><br> **SENCOMMUNICATIONS INC** <br> **1611 ALLISON WOODS LANE** <br> **TAMPA, FL 33619** | - | | | | | | 2,024.77 |
| Account No. <br><br> **SHRED-IT JACKSON** <br> **P O BOX 203976** <br> **HOUSTON, TX 77216-3976** | | | | | | | 782.41 |
| Account No. <br><br> **SMART DATA SOLUTIONS** <br> **1120 CENTRE POINTE DRIVE** <br> **SUITE 100** <br> **MENDOTA, MN 55120** | - | | | | | | 41.85 |
| Account No. <br><br> **Social Service Coordinators** <br> **c/o Registered Agent** <br> **CT Corporation System** <br> **1200 South Pine Island Road** <br> **Plantation, FL 33324** | - | | | | | X | 60,287.00 |

Sheet no. __22__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal     | 65,479.33
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **American Managed Care, LLC**                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | | |
| **STAPLES ADVANTAGE**<br>**Dept ATL**<br>**PO BOX 405386**<br>**ATLANTA, GA 30384-5386** | - | | | | | | | | 2,297.80 |
| **Account No.** | | | | | | | | | |
| **STEVENS & STEVENS BRM, INC**<br>**PO BOX 388**<br>**PINELLAS PARK, FL 33780-0388** | | | | | | | | | 1,819.32 |
| **Account No.** | | | | | | | | | |
| **SUNCOAST COFFEE SERVICE &**<br>**VENDING**<br>**7704 INDUSTRIAL LANE**<br>**UNIT B**<br>**TAMPA, FL 33637** | - | | | | | | | X | 8,887.71 |
| **Account No.** | | | | | | | | | |
| **SUNGARD iWORKS LLC**<br>**P.O. BOX 98739**<br>**CHICAGO, IL 60693** | - | | | | | | | | 14,468.02 |
| **Account No.** | | | | | | | | | |
| **SYSTEM SOFT TECHNOLOGIES**<br>**3000 BAYPORT DRIVE**<br>**SUITE # 840**<br>**TAMPA, FL 33607** | - | | | | | | | | 5,200.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 32,672.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Managed Care, LLC**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TERREMARK NORTH AMERICA**<br>**P.O. BOX 864416**<br>**ORLANDO, FL 32886-4416** | - | | | | | | 4,188.00 |
| Account No.<br><br>**Texas Dept. of Insurance**<br>**c/o Stuart Phillips**<br>**PO Box 149104**<br>**Austin, TX 78714** | - | | For notice purposes only | | | | Unknown |
| Account No.<br><br>**THE CLARION LEDGER**<br>**P O BOX 677577**<br>**DALLAS, TX 75267-7577** | - | | | | | | 1,295.64 |
| Account No.<br><br>**The Myers Group**<br>**c/o Registered Agent**<br>**Charles Johnson**<br>**1571 Grove Ave.**<br>**Fort Myers, FL 33901** | - | | | | | X | 61,893.00 |
| Account No.<br><br>**Tom Toups**<br>**c/o Christian Read Sawczyn**<br>**Sivyer, Barlow & Watson, PA**<br>**401 E Jackson St, Suite 2225**<br>**Tampa, FL 33602** | - | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | X | Unknown |

| | |
|---|---|
| Sheet no. __24__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)     67,376.64 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Managed Care, LLC**                                     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | | |
| Tom Toups c/o Roger J. Haughey, II Sivyer, Barlow & Watson, PA 401 E Jackson St.,Suite 2225 Tampa, FL 33602 | - | | | | | X | Unknown |
| Account No. | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | | |
| Tom Toups c/o Jack A. Raisner Outten & Golden, LLP 3 Park Avenue, 29th Floor New York, NY 10016 | - | | | | | X | Unknown |
| Account No. | | | Tom Toups v. American Managed Care, LLC, Case No. 8:13-cv-00807-JSM | | | | |
| Tom Toups c/o Rene S. Roupinian Outten & Golden, LLP 3 Park Avenue, 29th Floor New York, NY 10016 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| TRANSPERFECT TRANSLATIONS INTERNATIONAL ATT: ACCOUNTS RECEIVABLE 3 PARK AVENUE, 39TH FLOOR NEW YORK, NY 10016 | - | | | | | | 1,058.48 |
| Account No. | | | | | | | |
| TRAVELERS CL REMITTANCE CENTER P O BOX 660317 DALLAS, TX 75266-0317 | - | | | | | X | 21,280.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,338.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Managed Care, LLC**                                              ,          Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **tw telecom c/o Registered Agent CT Corporation System 1200 South Pine Island Road Plantation, FL 33324** | - | | | | | | 62,328.03 |
| Account No. **Universal Health Care Group c/o Brian David Rubenstein 4301 W. Boy Scout Blvd Suite 400 Tampa, FL 33607** | - | | Kevin De La Concha v. American Managed Care, LLC, Case No. 8:12-cv-1520-VMC **For notice purposes only** | | | X | Unknown |
| Account No. **Universal Health Care Group c/o Harley E. Riedel, et al. Stichter Riedel 110 E Madison St, Suite 200 Tampa, FL 33602** | - | | **For notice purposes only** | | | | Unknown |
| Account No. **Universal Health Care Group c/o Jeff J. Friedman Katten Muchin Rosenman, LLP 575 Madison Avenue New York, NY 10022-2585** | - | | **For notice purposes only** | | | | Unknown |
| Account No. **Universal Health Care, Inc. 100 Central Ave. Suite 200 Saint Petersburg, FL 33701** | - | rent | | | | | Unknown |

Sheet no. __26__ of __28__ sheets attached to Schedule of                           Subtotal            62,328.03
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **American Managed Care, LLC**    Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **UPS** <br> **P O BOX 533238** <br> **Charlotte, NC 28290** | - | | | | | | | 840.27 |
| Account No. <br><br> **VALLEY INTERNAL MED AND PEDIATRIC** <br> **10900 N SCOTTSDALE RD** <br> **SUITE 506** <br> **SCOTTSDALE, AZ 85254** | - | | | | | | | 25.00 |
| Account No. <br><br> **VerifPoint Credentialing Sol** <br> **23721 Birtcher Dr.** <br> **Lake Forest, CA 92630** | - | | | | | | X | 96,454.53 |
| Account No. <br><br> **VERIZON BUSINESS** <br> **P O BOX 371355** <br> **PITTSBURGH, PA 15250** | - | | | | | | X | 407.56 |
| Account No. <br><br> **VERIZON WIRELESS** <br> **PO BOX 660108** <br> **DALLAS, TX 75266-0108** | - | | | | | | X | 38,576.47 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    136,303.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Managed Care, LLC**                                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WHITE, MICHAEL R, MD** <br> **10900 N SCOTTSDALE ROAD** <br> **SUITE 102** <br> **SCOTTSDALE, AZ 85254** | - | | | | | | 170.00 |
| Account No. <br><br> **WITHLACOOCHEE RIVER ELECTRIC** <br> **14651 21ST STREET** <br> **DADE CITY, FL 33523** | - | | | | | | 183.93 |
| Account No. <br><br> **Workforce** <br> **PO BOX 1699** <br> **Jackson, MS 39215-1699** | - | | | | | | Unknown |
| Account No. <br><br> **WYNDHAM HOTEL** <br> **ATTN: SAMIRA** <br> **1950 GLADES ROAD** <br> **BOCA RATON, FL 33431** | - | | | | | | 219.32 |
| Account No. <br><br> **ZENO OFFICE SOLUTIONS, INC** <br> **PO BOX 23687** <br> **TAMPA, FL 33623-3687** | - | | | | | | 3,042.23 |

Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,615.48 |
| Total (Report on Summary of Schedules) | 2,621,968.69 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy