UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

AMERICAN MANAGED CARE, LLC,            Case No. 8:13-bk-05952-KRM
                                       Chapter 11

      Debtor.
_____/

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
PURSUANT TO FED. R. BANKR. P. 1015(b)
[Doc. No. 40]

**THIS CASE** came on for hearing on May 30, 2013 upon the Trustee's Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) (Doc. No. 40) (the "Motion").  The Court, having reviewed the Motion and the record, and being otherwise fully advised in the premises, and for the reasons stated orally in open court that shall constitute the findings of the Court, finds that the Motion should be granted.  Accordingly, it is

    **ORDERED** that:

    1.    The Motion is GRANTED.

    2.    For procedural purposes only, the joint administration of the cases styled In re: Universal Health Care Group, Inc., Case No. 8:13-bk-01520-KRM (the "Universal Group Case") and American Managed Care, LLC, Case No. 8:13-bk-05952-KRM (the "AMC Case") is hereby ordered.

    3.    All pleadings in both cases shall bear the following joint administration caption:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

UNIVERSAL HEALTH CARE GROUP, INC.,

AMERICAN MANAGED CARE, LLC,

    Debtors.
_____/

Chapter 11
Case No. 8:13-bk-01520-KRM

Jointly Administered with
Case No. 8:13-bk-05952-KRM

4. The Universal Group case shall be the "lead" case, and all pleadings in the Universal Group Case and AMC Case shall be filed and maintained under Universal Group's case number, 8:13-bk-01520-KRM.

5. Pursuant to Local Rule 1015-1, a separate claims register shall be maintained for each case, and separate monthly reports shall be filed in each case.

**DONE and ORDERED** in Chambers at Tampa, Florida, on June 27, 2013

_____
**K. RODNEY MAY**
**UNITED STATES BANKRUPTCY JUDGE**

Attorney Roberta A. Colton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.